ROBERT BURNS, *et al.*, v. JOHN W. SPRATLEY.*

*Error from Leavenworth County.*

*By the Court,* SAFFORD, J.

The questions which arise upon the record in this case are the same as those relating to special tax deeds, which have been passed upon by this court at the present term, in the case of William Paine, *et al.*, v. John W. Spratley. [*Ante,* 525.] To the decision in the case last named reference may be had as furnishing reasons for our judgment in this. Judgment affirmed.

All the justices concurring.

* The same attorneys appeared in this as in the next preceding case, and the same briefs substantially were used.